■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN BELTRE, Appellant. [864 NYS2d 379]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Gazzillo, J.), imposed February 8, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Skelos, J.P., Florio, Angiolillo and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BURGESS, Appellant. [863 NYS2d 376]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered December 16, 2003, convicting him of attempted disseminating indecent material to minors in the first degree, attempted disseminating indecent material to minors in the second degree, and attempted endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is modified, on the law, by vacating the conviction of attempted disseminating indecent material to minors in the second degree, vacating the sentence imposed thereon, and dismissing that count of the indictment; as so modified, the judgment is affirmed.

The People assert that the injunction issued by the court in *American Libs. Assn. v Pataki* (969 F Supp 160 [SD NY 1997]) compels them to request vacatur of the defendant's conviction for attempted disseminating indecent material to minors in the second degree under Penal Law § 235.21 (3). Accordingly, we vacate that conviction and dismiss that count of the indictment on the People's request.

The defendant's remaining contentions are unpreserved for appellate review, and we decline to review them in the exercise of our interest of justice jurisdiction (*see* CPL 470.05 [2]; *People v Simon*, 6 AD3d 733 [2004]; *People v Drysdale*, 295 AD2d 533 [2002]). Rivera, J.P., Lifson, Santucci and Miller, JJ., concur.